**Order entered July 9, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00191-CV

### BALTASAR D. CRUZ, Appellant

### V.

### JAMES VAN SICKLE, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-09275**

## ORDER

The Court has before it appellant's motion to withdraw appellant's brief. The Court

**GRANTS** the motion and **DIRECTS** the Clerk of the Court to remove appellant's brief from the

file in this case.   Appellant is **ORDERED** to file his brief within thirty days after the

supplemental court reporter's record is filed in this case.  The Court also has before it appellant's

motion to file a brief in excess of the word count limit.  The motion is **DENIED** as moot.

/s/     ELIZABETH LANG-MIERS
        JUSTICE